IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. **09-cv-01091-AP**

**SHARON KAY MONROE**,

Plaintiff,

vs.

**MICHAEL J. ASTRUE, Commissioner of Social Security**,

Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

**1. APPEARANCES OF COUNSEL**

For Plaintiff:

Bruce C. Bernstein, P.C.
1828 Clarkson Street, Suite 100
Denver, CO 80218
Phone: 303-830-2300
Fax: 303-830-2380

For Defendant:

DAVID M. GAOUETTE
United States Attorney

KEVIN TRASKOS
Deputy Chief, Civil Division
United States Attorney's Office
District of Colorado
kevin.traskos@usdoj.gov

ANTHONY J. NAVARRO
Special Assistant United States Attorney
1961 Stout Street, Suite 10001A
Denver, CO 80294
(303) 844-7278
anthony.navarro@ssa.gov

**2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

**3. DATES OF FILING OF RELEVANT PLEADINGS**

A. **Date Complaint Was Filed:** May 11, 2009.

B. **Date Complaint Was Served on U.S. Attorney's Office:** May 28, 2009.

C. **Date Answer Was Filed:** July 27, 2009.

**4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

Upon preliminary review, it appears to be adequate.

**5. STATEMENT REGARDING ADDITIONAL EVIDENCE**

Plaintiff's attorney did not represent Plaintiff at the Administrative hearing and thus needs to review the extensive record before having a firm position as to whether additional evidence might be available or helpful.

Defendant does not intend to submit additional evidence.

**6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

Plaintiff's attorney did not represent Plaintiff at the Administrative hearing. However, from brief review of the record, this case does not appear to raise anything out of the ordinary. Defendant does not believe this case presents unusual claims or defenses.

**7. OTHER MATTERS**

None at this time

**8. BRIEFING SCHEDULE**

A. **Plaintiff's Opening Brief Due:** September 30, 2009.

B. **Defendant's Response Brief Due:** October 30, 2009.

C. **Plaintiff's Reply Brief Due:** November 16, 2009.

**9. STATEMENTS REGARDING ORAL ARGUMENT**

**A. Plaintiff's Statement:**

Plaintiff's attorney did not represent Plaintiff at the Administrative hearing and thus is unable to make a determination as to whether oral argument will be helpful. This matter will be addressed in Plaintiff's Opening Brief.

**B. Defendant's Statement:**

Defendant does not request oral argument.

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

**A. ( ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**B. (XX) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11. OTHER MATTERS**

The parties filing motions for extension of time or continuances must comply with D.C.Colo.LCivR 7.1( C ) by submitting proof that a copy of the motion has been served upon the moving attorney's client, all attorneys of record, and all pro se parties.

**12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

Dated this 17th day of August, 2009.

BY THE COURT:

***s/John L. Kane***____________
U. S. District Court Judge

APPROVED:

For Plaintiff:

/s/ Bruce C. Bernstein

Bruce C. Bernstein
Attorney for Plaintiff
1828 Clarkson Street, Suite 100
Denver, CO 80218

For Defendant:

s/ Anthony J. Navarro

Anthony J. Navarro
Special Assistant U.S. Attorney
1961 Stout Street, Suite 10001A
Denver, CO 80294